TIMOTHY R. TREFFINGER
Nevada State Bar No. 12877
2350 S JONES BLVD, A2
Las Vegas, NV 89146
702-333-5594
attorneytreffinger@gmail.com
Attorney for FRED HERNANDEZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MUNJED AL MUDERIS, ET. AL., | Case No.: 2:22-cv-00876-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE MOTION HEARING DATE** |
| FRED HERNANDEZ, ET. AL., | (FIRST REQUEST) |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED, by and between JOEL Z. SCHWARZ, Attorney for Plaintiffs, and Timothy Treffinger, counsel for Defendant, FRED HERNANDEZ, that the Hearing on Plaintiff's Injunction currently scheduled for July 6, 2022 at the hour of 1:00pm, be continued at least two (2) weeks from that date and set to a date and time convenient to this court.

The Stipulation is entered into for the following reasons:

1. The Defendant is undergoing surgery and will be unable to attend the hearing on July 6, 2022, it is expected that the recovery time will be at least two (2) weeks out from the currently set hearing date.

2. The parties agree to the continuance.

////

1

3. The additional time requested herein is not sought for purposes of delay, but merely to allow for sufficient recovery time so that he may meaningfully participate and be present at the hearing date.

4. The parties agree that the Temporary Injunction will remain in effect until the continued hearing date.

5. The parties further agree that the Opposition shall be due July 6, 2022, and the Reply on July 13, 2022.

This is the first stipulation to continue filed herein regarding this motion.

Dated this 29th of June, 2022.

_____
TIMOTHY R. TREFFINGER, ESQ.
Attorney for Defendant: Fred Hernandez


/s/ Joel Z. Schwarz
_____
JOEL Z. SCHWARZ
HONE LAW
Attorneys for Plaintiffs

//

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MUNJED AL MUDERIS, ET. AL,

    Plaintiff,

vs.

FRED HERNANDEZ, ET. AL.,
,

    Defendant

Case No.: 2:22-cv-00876-GMN-NJK

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Good cause exists to continue the currently set Hearing on the Motion for Temporary Restraining Order;

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for the purposes of delay, but merely to allow Defendant to recover from pending surgery;

## **ORDER**

IT IS ORDERED that the Motion Hearing currently scheduled for July 6th, at the hour of 1:00pm, be vacated and continued to  July 25, 2022 , at  11:00 a.m. ;

IT IS FURTHER ORDERED that the briefing schedule shall be as follows: the Defendant's Opposition shall be due on July 6, 2022, and the Plaintiff's Reply shall be due on July 13, 2022.

DATED this  30  day of June, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3