# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MUNJED AL MUDERIS, et al.,

    Plaintiff(s),

v.

FRED HERNANDEZ, et al.,

    Defendant(s).

Case No. 2:22-cv-00876-GMN-NJK

**Order**

[Docket No. 37]

Pending before the Court is a notice of subpoenas by Plaintiffs. Docket No. 37. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: November 23, 2022

                                                  Nancy J. Koppe
                                                United States Magistrate Judge