1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOEL Z. SCHWARZ
2  Nevada Bar No. 9181
   joel.schwarz@lewisbrisbois.com
3  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
4  Telephone: 702.893.3383
   Facsimile: 702.893.3789
5  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MUNJED AL MUDERIS, an individual, dba OSSEOINTEGRATION GROUP OF AUSTRALIA; and OSSEOINTEGRATION INTERNATIONAL PTY LTD., an Australian limited company,<br><br>Plaintiffs,<br><br>vs.<br><br>FRED HERNANDEZ, an individual; AMPUTEK, INC., a Nevada corporation; OSSEOTEK, INC., a Nevada corporation; DOE DEFENDANTS I-X, INCLUSIVE; and ROE DEFENDANTS I-X, INCLUSIVE,<br><br>Defendants. | Case No. 2:22-cv-00876-GMN-NJK<br><br>**SUBSTITUTION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that **PLAINTIFFS MUNJED AL MUDERIS DBA OSSEOINTEGRATION GROUP OF AUSTRALIA and OSSEOINTEGRATION INTERNATIONAL PTY LTD.** hereby substitute the law firm of **LEWIS BRISBOIS BISGAARD & SMITH LLP** as their counsel of record, in place of Plaintiffs' former counsel of record, **HONE LAW**.

DATED this 4th day of January 2023.

_____
Munjed al Muderis dba Osseointegration Group
of Australia
Name: Nikki Grace
Authorized Representative of Plaintiff

DATED this 4th day of January 2023.

```
                                            [signature]
                                    Osseointegration International Pty LTD.
                                    Name: Nikki Grace
                                    Authorized Representative of Plaintiff
```

Hone Law hereby agrees and consents to the substitution of the law firm of Lewis Brisbois Bisgaard & Smith LLP as counsel of record for Plaintiffs Munjed Al Muderis dba Osseointegration Group of Australia and Osseointegration International Pty Ltd. in the place of Hone Law.

DATED this ___ day of January 2023.

HONE LAW

By_____
Eric D. Hone
Nevada Bar No. 8499
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Telephone 702.608.3720

Joel Schwarz, on behalf of the law firm of Lewis Brisbois Bisgaard & Smith LLP, hereby accepts substitution of Lewis Brisbois Bisgaard & Smith LLP as counsel of record for Plaintiffs Munjed Al Muderis dba Osseointegration Group of Australia and Osseointegration International Pty Ltd.

DATED this ___ day of January, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
JOEL Z. SCHWARZ
Nevada Bar No. 9181
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
*Attorneys for Plaintiff*

Doc ID: 493f3455533f1a66fb73d2069ab3c1dca8dcb8dd

Hone Law hereby agrees and consents to the substitution of the law firm of Lewis Brisbois Bisgaard & Smith LLP as counsel of record for Plaintiffs Munjed Al Muderis and Osseointegration International Pty Ltd. in the place of Hone Law.

DATED this <u>3rd</u> day of January 2023.

HONE LAW

By _____
Eric D. Hone
Nevada Bar No. 8499
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Telephone 702.608.3720

Joel Schwarz, on behalf of the law firm of Lewis Brisbois Bisgaard & Smith LLP, hereby accepts substitution of Lewis Brisbois Bisgaard & Smith LLP as counsel of record for Plaintiffs Munjed Al Muderis and Osseointegration International Pty Ltd.

DATED this <u>4th</u> day of January, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
JOEL Z. SCHWARZ
Nevada Bar No. 9181
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
*Attorneys for Plaintiff*

IT IS SO ORDERED.
Dated: January 9, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

4855-5948-8839.1

2