Joel Z. Schwarz, NV Bar No. 9181
**LEWIS BRISBOIS BISGAARD & SMITH**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
joel.schwarz@lewisbrisbois.com

Daniel R. Warner, Esq.
Admitted Pro Hac Vice
Arizona Bar #026503
**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Tel: 480-331-9397
Fax: 1-866-961-4984
dan@rmwarnerlaw.com

*Attorneys for Plaintiffs*

**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Telephone : (480)331-9397

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MUNJED AL MUDERIS, an individual, dba OSSEOINTEGRATION GROUP OF AUSTRALIA; and OSSEOINTEGRATION INTERNATIONAL PTY LTD., an Australian limited company,<br><br>       Plaintiffs,<br>vs.<br><br>FRED HERNANDEZ, an individual; AMPUTEK, INC., a Nevada corporation; OSSEOTEK, INC., a Nevada corporation; DOE DEFENDANTS I-X, INCLUSIVE; and ROE DEFENDANTS I-X, INCLUSIVE.<br>       Defendants. | Case No.: 2:22-cv-00876-GMN-NJK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS FRED HERNANDEZ AND MIKE VALDEZ SHOULD NOT BE HELD IN CONTEMPT** |

The Court having received Plaintiffs' Motion For Civil Contempt Sanctions and Order To Show Cause Why Defendants Fred Hernandez and Mike Valdez Should Not Be Held In Contempt, and good cause therefore appearing,

1

IT IS ORDERED, that Fred Hernandez and Mike Valdez shall appear before this Court in-person on ___March 13___, 2023 for a hearing commencing at 11:00 a. m. (1 hour allotted) prepared to show cause why they should not be held in contempt for violating the Temporary Restraining Order and/or Preliminary Injunction entered by the Court in this matter.

IT IS FURTHER ORDERED that any failure to appear as ordered may result in the Court issuing a warrant for said person's arrest and/or summarily finding that said person is in contempt, which may include the imposition of sanctions in the form of a fine and/or jail.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Date: February 22, 2023

2