**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MUNJED AL MUDERIS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> FRED HERNANDEZ, *et al.*, ) <br> ) <br> Defendants. ) | Case No.: 2:22-cv-00876-GMN-NJK <br><br> **ORDER** |

Pursuant to the Order on Application for Order Directing Issuance of Pre-Judgment Writ of Attachment and Writ of Garnishment Without Notice, (*see* Order, ECF No. 40),

IT IS HEREBY ORDERED that the Clerk's Office shall receive all future money deposited with the Court into the registry of the Court pending the resolution of this case. IT IS FURTHER ORDERED that any and all amounts shall be filed in the same interpleader fund set forth in the Court's Ex Parte Order for the Clerk's Office to Receive Interpleader Funds, (*see* Ex Parte Order, ECF No. 43).

**DATED** this  28  day of February, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court