Joel Z. Schwarz, NV Bar No. 9181
**LEWIS BRISBOIS BISGAARD & SMITH**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
joel.schwarz@lewisbrisbois.com

Daniel R. Warner, Esq.
Admitted Pro Hac Vice
Arizona Bar #026503
**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Tel: 480-331-9397
Fax: 1-866-961-4984
dan@rmwarnerlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MUNJED AL MUDERIS, an individual, dba OSSEOINTEGRATION GROUP OF AUSTRALIA; and OSSEOINTEGRATION INTERNATIONAL PTY LTD., an Australian limited company,<br><br>Plaintiffs,<br>vs.<br><br>FRED HERNANDEZ, an individual; AMPUTEK, INC., a Nevada corporation; MIKE VALDEZ and LUISA VALDEZ, husband and wife; OSSEOTEK, INC., a Nevada corporation; DOE DEFENDANTS I-X, INCLUSIVE; and ROE DEFENDANTS I-X, INCLUSIVE.<br><br>Defendants. | Case No.: 2:22-cv-00876-GMN-NJK<br><br>**PLAINTIFFS' MOTION FOR ATTORNEY FEES** |

Pursuant to this Court's order dated March 13, 2023 (the "Order") (ECF 63), Plaintiffs MUNJED AL MUDERIS, an individual, dba OSSEOINTEGRATION GROUP OF AUSTRALIA;

1

Joel Z. Schwarz, NV Bar No. 9181
**LEWIS BRISBOIS BISGAARD & SMITH**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
joel.schwarz@lewisbrisbois.com

Daniel R. Warner, Esq.
Admitted Pro Hac Vice
Arizona Bar #026503
**RM WARNER, PLC**
8283 N. Hayden Road, Suite 229
Scottsdale, Arizona 85258
Tel: 480-331-9397
Fax: 1-866-961-4984
dan@rmwarnerlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MUNJED AL MUDERIS, an individual, dba OSSEOINTEGRATION GROUP OF AUSTRALIA; and OSSEOINTEGRATION INTERNATIONAL PTY LTD., an Australian limited company,<br>　　　　　　　　Plaintiffs,<br>vs.<br><br>FRED HERNANDEZ, an individual; AMPUTEK, INC., a Nevada corporation; MIKE VALDEZ and LUISA VALDEZ, husband and wife; OSSEOTEK, INC., a Nevada corporation; DOE DEFENDANTS I-X, INCLUSIVE; and ROE DEFENDANTS I-X, INCLUSIVE.<br>　　　　　　　　Defendants. | Case No.: 2:22-cv-00876-GMN-NJK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY FEES** |

　　　　The Court having received Plaintiffs' Motion For Attorney Fees, and good cause therefore appearing,

1

IT IS ORDERED that Plaintiffs are awarded $13,975.50, jointly and severally, against Fred Hernandez, Mike Valdez and spouse, Osseotek, Inc., and Amputek, Inc.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

IT IS FURTHER ORDERED that this matter shall remain open and active until final judgment is entered on all claims.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Date: ___June 27, 2023___