**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MUNJED AL MUDERIS, an individual, dba OSSEOINTEGRATION GROUP OF AUSTRALIA; and OSSEOINTEGRATION INTERNATIONAL PTY LTD., an Australian limited company,<br><br>                      Plaintiffs,<br>vs.<br><br>FRED HERNANDEZ, an individual; AMPUTEK, INC., a Nevada corporation; OSSEOTEK, INC., a Nevada corporation; MIKE VALDEZ and LUISA VALDEZ, husband and wife; DOE DEFENDANTS I-X, INCLUSIVE; and ROE DEFENDANTS I-X, INCLUSIVE.<br><br>                      Defendants. | Case No.: 2:22-cv-00876-GMN-NJK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO RELEASE CASH DEPOSIT** |

Pursuant to Plaintiffs' Motion to Release Cash Deposit and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Clerk of this Court shall immediately release the $200,000 cash deposit made on or about December 29, 2022 (ECF. 55) to Daniel R. Warner, 8283 N. Hayden Road, Suite 229, Scottsdale, AZ 85258.

Dated this  23  day of August, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1