UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MUNJED AL MUDERIS, *et al.*,

        Plaintiffs,

vs.

FRED HERNADEZ, *et al.*,

        Defendants.

Case No.: 2:22-cv-00876-GMN-NJK

**ORDER REMANDING DEFENDANT FRED HERNANDEZ TO UNITED STATES MARSHAL SERVICE CUSTODY**

In accordance with the Court's ruling from the bench, **IT IS HEREBY ORDERED** that Defendant Fred Hernandez is remanded to United States Marshal Service custody until the Court is notified of his compliance with its March 13, 2023, Order requiring him to pay Plaintiffs Munjed Al Muderis and Osseointegration Internationally Party Ltd. $200.000.00, (Order Imposing Civil Contempt, ECF No. 63), for violating the Court's Preliminary Injunction Order. (Prelim. Inj. Order, ECF No. 21).

**DATED** this 29 day of November, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT