# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MUNJED AL MUDERIS, et al.,

    Plaintiff(s),

v.

FRED HERNANDEZ, et al.,

    Defendant(s).

Case No. 2:22-cv-00876-GMN-NJK

**Order**

    Plaintiffs brought this suit alleging fraudulent transfers following entry of judgment. Docket No. 1; *see also* Docket No. 5 (amended complaint); Docket No. 65 (second amended complaint).[1] On July 25, 2022, the Court issued a preliminary injunction prohibiting the transfer of funds and other financial activity. Docket No. 21. On March 13, 2023, the Court issued a contempt order requiring Defendants Fred Hernandez and Mike Valdez to pay $200,000 to Plaintiffs, pay reasonable attorneys' fees, and fully comply with the preliminary injunction. Docket No. 63. On March 24, 2023, the Court issued bench warrants for the arrests of Defendants Fred Hernandez and Mike Valdez. *See* Docket No. 75. On November 29, 2023, the Court held a show cause hearing at which Defendant Mike Valdez failed to appear and Defendant Fred Hernandez was remanded to custody. Docket No. 95. On December 1, 2023, the Court ordered that a joint status report must be filed every other week indicating the efforts counsel have made to collect the outstanding debt owed by Defendants Fred Hernandez and Mike Valdez. Docket No. 97. On December 8, 2023, a joint status report was filed identifying no efforts by Plaintiffs'

---

[1] On August 19, 2022, the Court entered a scheduling order establishing a discovery cutoff of January 2, 2023. Docket No. 35. On March 16, 2023, Plaintiffs filed a motion to modify the scheduling order, Docket No. 67, which was denied without prejudice in light of the filing of a notice of bankruptcy, Docket No. 78. On June 2, 2023, the bankruptcy stay was lifted. Docket No. 80. Summary judgment motions are due by January 16, 2024. Docket No. 95.

1

counsel to collect on the outstanding debt owed and indicating further that Defendants have not attempted to make payment arrangements. Docket No. 100.

The conclusory representations in the joint status report are not sufficient. No later than noon on December 14, 2023, a further joint status report must be filed explaining (1) whether Plaintiffs continue to actively seek to collect on the outstanding debt and (2) whether Defendants intend to pay the outstanding debt. The Court also **SETS** a status hearing for 10:00 a.m. on December 15, 2023, in Courtroom 3C. Counsel and Defendant Fred Hernandez must appear for that hearing in-person.

IT IS SO ORDERED.

Dated: December 11, 2023

_____
Nancy J. Koppe
United States Magistrate Judge