COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Tel: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Defendant

. UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In Re:                                      )         2:22-cv-00876-GMN-NJK
                                            )
MURDERIS, et al,                            )
              Plaintiff.                    )
        v.                                  )
HERNANDEZ, FREDDIE                          )
              Defendant.                    )

---

## SUBSTITUTION OF ATTORNEYS

Corey B. Beck, Esq. of The LAW OFFICES OF COREY B. BECK, ESQ., P.C. is hereby substituted as attorney for the Defendant in the above-entitled action, in place and stead of Timothy R. Treffinger, Esq.

DATED this  9th  day of January 2024.

By: _____
Timothy R. Treffinger, Esq.
2350 S. Jones Blvd., A2
Las Vegas, NV 89146

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1

I hereby accept the above and foregoing substitution as attorney for the Defendant.

DATED this **11th** day January 2024.

                         THE LAW OFFICES OF
                         COREY B. BECK, ESQ.

By: _____
     Corey B. Beck, Esq.
     Nevada Bar No. 5870
     425 S. Sixth Street
     Las Vegas, NV 89101
     (702) 678-1999
     Attorney for Defendant, Freddie Hernandez

DATED this 15th day of January, 2024.

By: _____
     FREDDIE HERNANDEZ

IT IS SO ORDERED.
Dated:  January 16, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

- 2