COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MUNJED AL MUDERIS, an individual, dba OSSEOINTEGRATION GROUP OF AUSTRALIA; and OSSEOINTEGRATION INTERNATIONAL PTY LTD., an Australian limited company,<br><br>Plaintiffs,<br><br>FRED HERNANDEZ, an individual; AMPUTEK, INC., a Nevada corporation; OSSBOTEK, INC., a Nevada corporation; DOE DEFENDANTS I-X, INCLUSIVE; and ROE DEFENDANTS I-X, INCLUSIVE.<br><br>Defendants. | Case No. 2:22-cv-00876-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE** |

Defendants Fred Hernandez ("Hernandez") and Osseotek, Inc., a Nevada corporation (collectively, "Defendants"), by and through their attorney, Corey B. Beck, Esq., of the Law Office of Corey B. Beck, P.C., and Plaintiffs Munjed Al Muderis, an individual dba Osseointegration Group of Australia and Osseointegration International Pty Ltd. (collectively, "Plaintiffs"), by and through counsel Joel Z. Schwarz of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby submit the following Stipulation and Order

WHEREAS Defendants' the deadline to oppose Plaintiffs' Motion for Summary Judgment [ECF #114] was January 26, 2024;

/ / /

/ / /

WHEREAS the parties have agreed to continue Defendants' deadline to oppose Plaintiffs' Motion for Summary Judgement to February 12, 2024, and to continue the deadline for Plaintiffs' reply in support of Motion for Summary Judgment to February 26, 2024.

DATED this 2nd day of February 2024.

By: ___/s/ Corey B. Beck_____
    Corey B. Beck
    Nevada Bar No. 005870
    Law Office of Corey B. Beck, P.C.
    425 South Sixth Street
    Las Vegas, NV 89101
    Ph.: (702) 678-1999
    Fax: (702) 678-6788
    Email: becksbk@yahoo.com

By: /s/ Joel Z. Schwarz_____
    Joel Z. Schwarz
    Nevada Bar No. 009181
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    6385 South Rainbow Blvd., Ste. 600
    Las Vegas, NV 89118
    Ph.: (702) 693-4380
    Fax: (702) 366-9563
    Email: Joel.Schwarz@lewisbrisbois.com

### ORDER

It is therefore Stipulated that the Briefing Schedule be continued as stated in the Stipulation.

DATED this ___9___ day of February, 2024.

_____
FEDERAL DISTRICT COURT JUDGE