# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MUNJED AL MUDERIS, *et al.*,

        Plaintiffs,

vs.

FRED HERNANDEZ, *et al.*,

        Defendants.

Case No.: 2:22-cv-00876-GMN-NJK

**ORDER**

On March 10, 2023, Plaintiffs deposited $256.22 with the Court in connection with its Pre-Judgment Writ of Attachment and Writ of Garnishment. (Certificate Cash Deposit, ECF No. 61). This money has been accruing interest in the Court's treasury registry since it was deposited.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs shall have until Wednesday, July 17, 2024, to file a motion regarding who the initial deposit and accrued interest shall be sent.

**DATED** this   10   day of July, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT