**STIP**
W. MICHAEL HORVATH, ESQ.
Nevada Bar No. 14545
mhorvath.law@gmail.com
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
draskovichlaw@gmail.com
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MUNJED AL MUDERIS, an individual, dba OSSEOINTEGRATION GROUP OF AUSTRALIA; and OSSEOINTEGRATION INTERNATIONAL PTY LTD., an Australian limited company,<br><br>Plaintiffs,<br><br>v.<br><br>FRED HERNANDEZ, an individual; AMPUTEK, INC., a Nevada corporation; OSSBOTEK, INC., a Nevada corporation; MIKE VALDEZ, DOE DEFENDANTS I-X, INCLUSIVE; and ROE DEFENDANTS I-X, INCLUSIVE.<br><br>Defendants. | CASE NO. 2:22-cv-00876-GMN-NJK<br><br>**STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME TO FILE REPLY** |

Defendants, by and through their attorneys, W. MICHAEL HORVATH, ESQ., and ROBERT M. DRASKOVICH, ESQ., of THE DRASKOVICH LAW GROUP, and Plaintiffs, by and through their attorneys, JOEL Z. SCHWARZ, ESQ., and DANIEL R. WARNER, ESQ., of RM WARNER

LAW, hereby stipulate to an extension of time to file Defendants' Reply to Plaintiffs' Response to Omnibus Motion due on September 3, 2024 until September 5, 2024. The Defendants' attorneys were in murder trial in State of Nevada v. Robert Telles, Case No. C-22-368935-1 and require additional time to file their Reply.

DATED this 3rd day of September, 2024.          DATED this 3rd day of September, 2024.

/s/ W. Michael Horvath                          /s/ Michael R. Warner
_____                 _____
W. MICHAEL HORVATH, ESQ.                        DANIEL R. WARNER, ESQ.
Nevada Bar No. 14545                            Admitted Pro Hac Vice
ROBERT M. DRASKOVICH, ESQ.                      Arizona Bar No. 026503
Nevada Bar No. 6275                             RM WARNER P.L.C.
Attorneys for Defendants                        JOEL Z. SCHWARZ, ESQ.
                                                Nevada Bar No. 9181
                                                LEWIS BRISBOIS
                                                Attorneys for Plaintiffs

## ORDER

Pursuant to the above and foregoing Stipulation for an Extension of Time, Defendants' Reply shall be filed no later than September 5, 2024.

DATED AND DONE this  3   day of September, 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE