UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MUNJED AL MUDERIS, et al.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FRED HERNANDEZ, et al.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00876-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 186, 187, 188] |

　　　Pending before the Court are a motion to dismiss counsel and a motion for appointment of counsel filed by contemnor Defendant Fred Hernandez. Docket Nos. 186, 187. The motion does not include any points and authorities that appointment of counsel is proper in this type of contempt matter. The motion also does not include any factual showing of indigency.[1] Accordingly, the motion to dismiss counsel (Docket No. 186) and the motion for appointment of counsel (Docket No. 187) are **DENIED** without prejudice.

　　　Also pending before the Court is a motion to combine cases filed by Defendant Hernandez *pro se*. Docket No. 188. Although the Court in its discretion entertains *pro se* motions regarding dismissal and appointment of counsel, the governing rules more generally prohibit parties from themselves seeking relief while represented by counsel. Local Rule IA 11-6(a). As Defendant Hernandez continues to be represented by counsel at this time, his motion to combine cases was

---

[1] Indigency must generally be shown through detailed and sworn attestations made under penalty of perjury, not simply by stating that one is indigent. *See* Docket No. 186 at 2.

improperly filed.  The motion to combine cases (Docket No. 188) is **DENIED** without prejudice on this basis.

IT IS SO ORDERED.

DATED: March 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge