UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MUNJED AL MUDERIS, et al.,<br>    Plaintiff(s),<br>v.<br>FRED HERNANDEZ, et al.,<br>    Defendant(s). | Case No. 2:22-cv-00876-GMN-NJK<br>**Order**<br>[Docket No. 199] |

Pending before the Court is motion to deny post-judgment discovery. Docket No. 199. The motion was filed *pro se* by Defendant Fred Hernandez, but attorney Corey B. Beck continues to be counsel of record for Defendant Fred Hernandez.

A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly, the motion to deny post-judgment discovery is **DENIED** without prejudice and **STRICKEN** from the docket.

IT IS SO ORDERED.

Dated: June 10, 2025

_____
Nancy J. Koppe
United States Magistrate Judge