# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MUNJED AL MUDERIS, et al.,

    Plaintiff(s),

v.

FRED HERNANDEZ, et al.,

    Defendant(s).

Case No. 2:22-cv-00876-GMN-NJK

**Order**

[Docket No. 201]

Pending before the Court is W. Michael Horvath's motion to withdraw as counsel of record for Defendant Fred Hernandez. Docket No. 201. For good cause shown, the motion to withdraw is **GRANTED**. Corey B. Beck remains counsel of record for Defendant Hernandez.

IT IS SO ORDERED.

Dated: June 10, 2025

_____

Nancy J. Koppe
United States Magistrate Judge

1