UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MUNJED AL MUDERIS, et al.,<br>    Plaintiff(s),<br>v.<br>FRED HERNANDEZ, et al.,<br>    Defendant(s). | Case No. 2:22-cv-00876-GMN-NJK<br>**Order**<br>[Docket No. 204] |

Pending before the Court is Plaintiffs' motion to compel post-judgment discovery from Defendant Fred Hernandez. Docket No. 204. The motion was filed and served on June 17, 2024. No response was filed. Accordingly, the motion to compel is **GRANTED** as unopposed. Local Rule 7-2(d). The Court **ORDERS** as follows:

- Hernandez has waived any objection to the subject discovery requests;
- Hernandez must comply with the subject discovery requests by July 14, 2025;
- Hernandez is **WARNED** that failure to comply with this order may result in a finding of contempt;
- Hernandez must pay the reasonable expenses incurred by Plaintiffs in making their motion; and
- Plaintiffs must file a motion to calculate expenses providing all necessary showings by July 14, 2025.

IT IS SO ORDERED.

Dated: July 3, 2025

                                                      Nancy J. Koppe<br>
                                                      United States Magistrate Judge