**ORDR**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
robert@draskovich.com
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
Attorney for Defendant Mike Valdez

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MUNJED AL MUDERIS, an individual, dba OSSEOINTEGRATION GROUP OF AUSTRALIA; and OSSEOINTEGRATION INTERNATIONAL PTY LTD., an Australian limited company,<br><br>Plaintiffs,<br><br>v.<br><br>FRED HERNANDEZ, an individual; AMPUTEK, INC., a Nevada corporation; MIKE VALDEZ and LUIS VALDEZ, husband and wife; OSSEOTEK, INC., a Nevada corporation; DOE DEFENDANTS I-X, INCLUSIVE; and ROE DEFENDANTS I-X, INCLUSIVE.<br><br>Defendants. | CASE NO. 2:22-cv-00876-GMN-NJK<br><br>**ORDER ON MOTION TO WITHDRAW AS COUNSEL**<br><br>[Docket No. 205] |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Robert M. Draskovich, Esq.'s Motion to Withdraw as Counsel for Defendant Mike Valdez be granted.

Dated: July 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

Page 1