# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MUNJED AL MUDERIS, et al.,

    Plaintiff(s),

v.

FRED HERNANDEZ, et al.,

    Defendant(s).

Case No. 2:22-cv-00876-GMN-NJK

**Order**

[Docket No. 211]

Pending before the Court is Plaintiff's motion for an order to show cause why Defendant Fred Hernandez should not be held in contempt. Docket No. 211. The Court **SETS** this motion for an in-person hearing at 2:00 p.m. on August 27, 2025, in Courtroom 3C.

IT IS SO ORDERED.

Dated: August 1, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge