# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MUNJED AL MUDERIS, et al.,

    Plaintiff(s),

v.

FRED HERNANDEZ, et al.,

    Defendant(s).

Case No. 2:22-cv-00876-GMN-NJK

**Order**

[Docket No. 209]

Pending before the Court is Attorney Corey Beck's motion to withdraw as counsel of record for Defendant Fred Hernandez. Docket No. 209. Attorney Beck is Hernandez's last remaining attorney. Moreover, the Court is currently considering motion practice to hold Hernandez in contempt for alleged discovery violations. *See* Docket No. 211. Courts routinely refuse to allow counsel to withdraw when the case is on the precipice of significant discovery events. *See, e.g.*, *PlayUp, Inc. v. Mintas*, 2025 WL 2021632, at *2 (D. Nev. July 18, 2025) (denying motion to withdraw given impending forensic examination); *Kelly v. Cuomo*, 2025 WL 1489726, at *9 (D. Nev. May 23, 2025) (denying motion to withdraw as counsel given concurrent issuance of order requiring discovery supplementation); *S.E.C. v. Zufelt*, 2015 WL 7176366, at *1 (D. Utah Nov. 13, 2015) (denying request to withdraw as counsel before upcoming depositions); *Smith v. Maritime, Inc. v. Lay Drilling Barge Akpevweoghene*, 2014 WL 5306569, at *4 (W.D. La. Oct. 15, 2014) (denying motion to withdraw as counsel given pending spoliation motion). In light of the circumstances, the motion to withdraw is **DENIED** without prejudice to renewing at a more appropriate juncture.

    IT IS SO ORDERED.

    Dated: August 1, 2025

                                      Nancy J. Koppe
                                      United States Magistrate Judge