UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MUNJED AL MUDERIS, et al.,<br>    Plaintiff(s),<br>v.<br>FRED HERNANDEZ, et al.,<br>    Defendant(s). | Case No. 2:22-cv-00876-GMN-NJK<br>**Order**<br>[Docket No. 211] |

Due to unforeseen circumstances, the Court **CONTINUES** the hearing on Plaintiff's motion for an order to show cause why Defendant Fred Hernandez should not be held in contempt to 10:00 a.m. on September 17, 2025, in Courtroom 3C.

IT IS SO ORDERED.

Dated: August 26, 2025

                                                                            _____
                                                                            Nancy J. Koppe
                                                                            United States Magistrate Judge