UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FRED HERNANDEZ.<br><br>———————————<br><br>FRED HERNANDEZ,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,<br><br>        Respondent,<br><br>MUNJED AL MUDERIS; et al.,<br><br>        Real Parties in Interest. | No. 25-4972<br><br>D.C. No. 2:22-cv-00876-GMN-NJK<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: S.R. THOMAS, SILVERMAN, and BENNETT, Circuit Judges.

    Real parties in interest must file an answer to this petition for a writ of mandamus within 14 days. *See* Fed. R. App. P. 21(b).

    The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

    Petitioner may file a reply within 7 days after service of the answer(s).

The clerk will send a copy of this order to the district court and Judge Navarro.