UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Munjed Al Muderis, et al.,<br>         Plaintiff(s),<br>v.<br>Fred Hernandez, et al.,<br>         Defendant(s). | Case No. 2:22-cv-00876-GMN-NJK<br>**Order**<br>[Docket No. 227] |

On September 16, 2025, the Court ordered the parties to show cause why the earlier order granting the motion to compel as unopposed should not be reconsidered. Docket No. 221. Concurrent briefs were due on October 1, 2025. *Id.* at 4. A *pro hac vice* application for attorney Delesiya Davis was filed on September 17, 2025, and was granted the same day. *See* Docket Nos. 222, 223. Hence, Attorney Davis has had about two weeks to prepare a response to the order to show cause. On October 1, 2025, Attorney Davis filed a "motion for 30-day continuance." Docket No. 227. Although not entirely clear, the Court construes the motion as seeking specifically an extension to the deadline to file a brief in response to the order to show cause at Docket No. 221.[1] Attorney Davis represents that she is preparing discovery responses and briefs. *Id.* at 2. The motion does not explain why additional time is needed (i.e., why the time already afforded is insufficient), let alone why an additional 30 days is needed.[2] As a one-time courtesy, the Court will extend this particular deadline by seven days from today's date. Attorney Davis is warned that the Court is not inclined to extend this deadline further. Accordingly, the motion to extend is

---

[1] If any other relief was meant to be sought, it is denied without prejudice to the filing of a motion that clearly identifies the relief sought and provides meaningful argument in support of that request for relief.

[2] The Court notes that the appearance of new counsel is not good reason for delay. *Cf.* Local Rule IA 11-6(d).

**GRANTED** in part and **DENIED** in part.  The Court extends Defendant Hernandez's deadline to respond to the pending order to show cause (Docket No. 221) to October 9, 2025.  The motion is denied in all other respects.

Once again, the Court wants to make clear that it is not modifying in any way the orders of United States District Judge Gloria M. Navarro, including her order that the parties must appear for a status check on October 8, 2025.[3]  *See* Docket No. 198.

IT IS SO ORDERED.

Dated: October 2, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[3] The undersigned's prior order mistakenly referenced the status check as being set for October 9, 2025.  *See* Docket No. 221 at 4.  The status hearing is actually set for October 8, 2025.  Docket No. 198 at 4.  Once again, the undersigned is not modifying in any way the orders issued by Judge Navarro.