# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MUNJED AL MUDERIS, et al.,<br>    Plaintiff(s),<br>v.<br>FRED HERNANDEZ, et al.,<br>    Defendant(s). | Case No. 2:22-cv-00876-GMN-NJK<br>**Order**<br>[Docket No. 204] |

Pending before the Court is Plaintiffs' motion to compel post-judgment discovery from Defendant Fred Hernandez. Docket No. 204. On October 15, 2025, the Court erred on the side of caution to reopen this motion to compel so that a proper responsive brief could be filed. *See* Docket No. 234. The Court ordered that the response must be filed by October 30, 2025. *See id.* at 3. To date, no response has been filed.

Accordingly, the Court **GRANTS** as unopposed Plaintiffs' motion to compel post-judgment discovery from Defendant Hernandez. *See* Local Rule 7-2(d). The Court **ORDERS** as follows:

- Defendant Hernandez has waived any objection to the subject discovery requests;
- Defendant Hernandez must comply with the subject discovery requests by November 25, 2025;
- Defendant Hernandez is **WARNED** that failure to comply with this order may result in a finding of contempt;
- Defendant Hernandez must pay the reasonable expenses incurred by Plaintiffs in making their motion; and

1

- Plaintiffs must file a motion to calculate expenses providing all necessary showings by November 25, 2025.

IT IS SO ORDERED.

Dated: November 13, 2025

_____
Nancy J. Koppe
United States Magistrate Judge