# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Munjed al Muderis, et al.,

    Plaintiff(s),

v.

Fred Hernandez, et al.,

    Defendant(s).

Case No. 2:22-cv-00876-GMN-NJK

**Order**

[Docket No. 237]

Pending before the Court is a motion to withdraw as counsel for Defendant Fred Hernandez filed by attorney Corey Beck. Docket No. 237. For good cause shown, the motion to withdraw is **GRANTED**. Defendant Hernandez continues to be represented by attorneys Delesiya Davis and David Feldman.

IT IS SO ORDERED.

Dated: December 18, 2025

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge