**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Munjed al Muderis, et al.,

     Plaintiff(s),

v.

Fred Hernandez, et al.,

     Defendant(s).

Case No. 2:22-cv-00876-GMN-NJK

**Order**

[Docket No. 244]

Pending before the Court is a motion to withdraw as counsel for Defendant Fred Hernandez filed by attorneys Delesiya Davis and David Feldman. Docket No. 244. No response has been filed. For good cause shown, the motion to withdraw is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket to reflect that Hernandez is proceeding *pro se* and to include his contact information identified in the certificate of service. *See* Docket No. 244 at 4.[1] Although Hernandez is now proceeding *pro se*, he is cautioned that he must still comply with all orders and rules. Hernandez is also reminded specifically that he must promptly notify the Court of any change to his contact information. Local Rule IA 3-1.

IT IS SO ORDERED.

Dated: February 17, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] There is no attestation specifically as to the nature of the address provided by Hernandez; an address is simply identified in the papers without explanation. *See* Docket No. 244 at 4, Docket No. 244-1 at 2-3. Moreover, it appears that the address may be a virtual office. *See United States v. Perea-Rey*, 680 F.3d 1179, 1182 n.1 (9th Cir. 2012) (courts may take judicial notice of Google maps and related images); *see also, e.g.*, *Sanchez v. Hosp. Corp. of Am.*, Case No. 2:25-cv-00618-ART-NJK, Docket No. 22 (D. Nev. June 2, 2025) (order to show cause regarding out-of-state counsel's compliance with local rules, noting that 304 S. Jones Blvd appeared to be a virtual office space rather than a bona fide office). As no opposition was filed to the instant motion raising any concern with the ability to contact Hernandez moving forward, however, the Court grants the motion to withdraw.

1